# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** <br> on a Motion pursuant to |
| Plaintiff, | 28 U.S.C. § 2255 |
| v. | Case No.: 08-cv-219-bbc <br> 04-cr-162-jcs |
| **MONCLAIR HENDERSON-EL,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

---

THERESA M. OWENS
**Theresa M. Owens, Clerk**

/s/ M. Hardin                          5/13/08
**by Deputy Clerk**                    **Date**