# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MONCLAIR HENDERSON-EL,**

    Defendant.

**JUDGMENT
on a Motion pursuant to
28 U.S.C. § 2255**

Case No.: 04-cr-162-jcs
08-cv-219-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ S. Vogel
by Deputy Clerk

3/24/09
_____
Date